In The United States District Court
For The District of Massachusetts

David Wattleton,
        Plaintiff,

vs.

Mr. Lison, Corrections Officer,
Federal Bureau of Prisons,
        Defendants

05-40088 RGS

Application To Proceed
Informa Pauperis

COMES NOW, the plaintiff, David Wattleton, through pro se, hereby files this pleading in the district court requesting leave to proceed in this action informa pauperis pursuant to 28 U.S.C § 1915(a)(1). As the plaintiff is civilly committed he is not subject to the detailed inmate account procedures of § 1915. See, King v. Greenblatt, 53 F.Supp 2d 117, 138 (D. Mass. 1999); Kolocotronis v. Morgan, 247 F.3d 726, 728 (8th Cir. 2001)

For the above mentioned reasons the plaintiff request an order from this court consistent with the above.

Respectfully submitted,

David C. Wattleton