OFFICE

In The United [illegible]

[illegible] of Mass [illegible] P 3:45

David [illegible]

Plaintiff

v.

Case No. 05-40088-[illegible]

[illegible], Federal Bureau of Prisons [illegible]

Defendant.

Motion Request for Leave To Amend Complaint

[illegible]

[illegible]