UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WATTLETON,<br>     Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER LISON,<br>     Defendants. | CIVIL ACTION<br>NO. 05-40088-RGS |

## ORDER OF DISMISSAL

STEARNS, District Judge

    On June 17, 2005 this Court issued an Order directing plaintiff either to pay the $250 filing fee for civil actions, or to file a new and complete application to proceed without prepayment of fees.  The Order advised plaintiff that this action would be dismissed if he failed to do so within 42 days of the date of that Order.  To date, plaintiff has failed to comply with the Court's June 17, 2005 Order.  Accordingly, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.


 2/1/06                                          s/ Richard G. Stearns
DATE                                    UNITED STATES DISTRICT JUDGE